670 A.2d 1049

IN THE MATTER OF BARRY F. ZOTKOW,
AN ATTORNEY AT LAW.

February 8, 1996.

### ORDER

The Disciplinary Review Board on December 11, 1995, having filed with the Court its decision concluding that **BARRY F. ZOTKOW** of **FORT LEE,** who was admitted to the bar of this State in 1971, should be suspended from the practice of law for a period of three months for violation of *RPC* 1.1(a) (gross negligence), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 3.2 (failure to expedite litigation), *RPC* 3.4(d) (failure to make reasonably diligent efforts to comply with legally proper discovery requests), and

*RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **BARRY F. ZOTKOW** is hereby suspended from practice for a period of three months, effective December 11, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.